**Daniel MELLINGER, Petitioner—
Appellant,**

v.

**Mr. BAUKNECHT; United States
Parole Commission, Respon-
dents—Appellees.**

No. 08–6061.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2008.

Decided: May 30, 2008.

Daniel Mellinger, Appellant Pro Se.
Barbara Murcier Bowens, Assistant Unit-
ed States Attorney, Columbia, South Car-
olina, for Appellees.

Before NIEMEYER and MOTZ, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Daniel Mellinger appeals a district court
order granting Respondents' motion for
summary judgment on his 28 U.S.C.
§ 2241 (2000) petition. We have reviewed
the record and the district court's order,
and find no reversible error. Accordingly,
we grant leave to proceed in forma pau-
peris and affirm on the reasoning of the
district court. *See Mellinger v. Bauk-*
*necht,* No. 0:06–cv–03441–RBH, 2007 WL
4276415 (D.S.C. Nov. 29, 2007). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*